# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO<br><br>　　　　Plaintiff,<br>　vs.<br><br>VALDERAMA LOPEZ ESPERANZA dba MARISCOS EL 30; SANTOS D. FLORES; MARIA C. FLORES<br><br>　　　　Defendant. | Case No.: 1:18-CV-00828-DAD-EPG<br><br>ORDER RE: STIPULATION TO EXTEND TIME FOR DEFENDANT SANTOS D. FLORES TO ANSWER COMPLAINT<br><br>(ECF No. 7) |

Pursuant to the Parties' stipulation (ECF No. 7), and good cause appearing, IT IS ORDERED that:

Defendant Santos D. Flores's deadline to file a responsive pleading to Plaintiff Jose Trujillo's Complaint shall be extended by 28 days to August 15, 2018.

IT IS SO ORDERED.

Dated: **July 18, 2018**　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE