1  Zachary M. Best. SBN 166035
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@mission.legal

5  Attorney for Plaintiff,
   Jose Trujillo

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11

12  JOSE TRUJILLO,                          )  No.  1:18-cv-00828-DAD-EPG
                                            )
13          Plaintiff,                      )  **STIPULATION FOR DISMISSAL OF**
                                            )  **ENTIRE ACTION**
14       vs.                                )
                                            )
15  VALDERAMA LOPEZ ESPERANZA dba           )
    MARISCOS EL 30; SANTOS D. FLORES;       )
16  MARIA C. FLORES;                        )
                                            )
17          Defendants.                     )
                                            )
18                                          )
                                            )
19                                          )
                                            )
20  _____)

21

22

23

24

25

26

27

28

1    **IT IS HEREBY STIPULATED** by and between Plaintiff Jose Trujillo and

2 Defendants, Esperanza Lopez Valderama dba Mariscos El 30 erroneously sued as Valderama

3 Lopez Esperanza dba Mariscos El 30, Santos D. Flores, and Maria C. Flores, the parties to this

4 action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned

5 action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees

6 and costs.

7

8    Dated: January 28, 2019                     MISSION LAW FIRM, A.P.C.

9

10                                               */s/ Zachary M. Best*
                                                 Zachary M. Best
11                                               Attorneys for Plaintiff,
                                                 Jose Trujillo
12

13   Dated:  January 28, 2019                    FISHMAN, LARSEN & CALLISTER

14

15                                               */s/ Caleb Y. Lee*
                                                 Douglas M. Larsen
16                                               Caleb Y. Lee
                                                 Attorneys for Defendants,
17                                               Esperanza Lopez Valderama dba Mariscos El 30,
                                                 Santos D. Flores, and Maria C. Flores
18

19

20                               **ATTESTATION**

21   Concurrence in the filing of this document has been obtained from each of the individual(s)
     whose electronic signature is attributed above.
22

23                                               */s/ Zachary M. Best*
                                                 Zachary M. Best
24                                               Attorney for Plaintiff,
                                                 Jose Trujillo
25

26

27

28

STIPULATION FOR DISMISSAL OF ENTIRE ACTION